IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| SAMUEL R. BALLENGEE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 2:17-cv-00212 |
| : | |
| CBS BROADCASTING INC., et al., : | |
| : | |
| Defendants. : | |

## DEFENDANTS' MOTION TO DISMISS

COME NOW Defendants CBS Broadcasting Inc., CBS News Inc., Jim Axelrod, Ashley Velie, and Scott Pelley,[1] by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and hereby request that this Court enter an Order dismissing, with prejudice, this civil action for failure to state a claim upon which relief can be granted.  In support of this Motion, Defendants adopt and incorporate herein each and every argument and contention set forth in the accompanying Memorandum of Law in Support and the exhibits attached hereto.

WHEREFORE, for the reasons more fully explained in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss incorporated herein, Defendants request that the Court enter an Order granting this Motion and dismissing this case with prejudice, together with such other and further relief as the Court deems necessary.

Dated:  March 13, 2017                     Respectfully submitted,

                                                                     CBS BROADCASTING INC.,
                                                                     CBS NEWS INC., JIM AXELROD,
                                                                     ASHLEY VELIE, and SCOTT PELLEY.

BY COUNSEL:                                         /s/   Thomas V. Flaherty
                                                                     Thomas V. Flaherty (WVSB #1213)

---

[1] CBS Corporation, initially named a defendant, has been dismissed as a party by stipulation.

Thomas V. Flaherty (WVSB #1213)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843
Tel: (304) 345-0200
Fax: (304) 345-0260
tflaherty@flahertylegal.com

Michael D. Sullivan\*
Jay Ward Brown\*
Maxwell S. Mishkin\*
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street NW, Suite 200
Washington, DC 20036
Tel: (202) 508-1100
Fax: (202) 861-9888
msullivan@lskslaw.com
jbrown@lskslaw.com
mmishkin@lskslaw.com

\*Visiting Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of March 2017, I caused a true and correct copy of the foregoing Defendants' Motion to Dismiss and the exhibits attached hereto (except for the physical copy of the DVD) to be served via ECF, and a courtesy copy of same including the physical copy of the DVD to be served via first class mail, postage prepaid, upon counsel for the plaintiff as follows:

>James D. McQueen, Jr.
>Anthony E. Nortz
>McQueen Davis, PLLC
>Century Bldg., Suite 200
>314 Ninth Street
>Huntington, WV 25701
>
>Christopher J. Heavens
>Heavens Law Firm, PLLC
>2438 Kanawha Blvd. East
>P.O. Box 3711
>Charleston, WV 25337-3711
>
>*Attorneys for Plaintiff*

    /s/ Thomas V. Flaherty
Thomas V. Flaherty (WV Bar #1213)

Flaherty Sensabaugh Bonasso PLLC
P. O. Box 3843
Charleston, WV 25338-3843